UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21245-ALTMAN/Lett

**PAMELA BUSCH**,

 *Plaintiff*,

v.

**OCEANIA CRUISES S. DE R.L., LLC**.
*d/b/a* **OCEANIA CRUISES**,

 *Defendant*.

_____/

**ORDER SCHEDULING MEDIATION**

 The parties have filed a Joint Notice of Mediation [ECF No. 20]. Mediation in this case shall be held before Elisabeth Rock on **October 6, 2025**, at **10:00 AM** via videoconference.

 Within **three days** of the mediation, the parties shall file a joint mediation report. The report shall indicate whether the case has settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

 **DONE AND ORDERED** in the Southern District of Florida on July 24, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record